IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS VEGA, et al.** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| *Defendants.* | : | NO. 19-4039 |

| | | |
|---|---|---|
| **MICHELLE T. SEIDNER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| *Defendants.* | : | NO. 19-4338 |

## O R D E R

**AND NOW**, this 14th day of February, 2020, upon consideration of the Motion to Consolidate filed in each of the above referenced cases, Doc. No. 12, in Civil Action No. 19-4039, and Doc. No. 15 in Civil Action No. 19-4338, and the oppositions filed in each case, Doc. No. 13 in Civil Action No. 19-4039, and Doc. No. 16 in Civil Action No. 19-4338, it is **ORDERED** that the Motions to Consolidate are **DENIED**.

BY THE COURT:

_____
THE HONORABLE GENE E.K. PRATTER
United States District Court Judge