IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE SEIDNER, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 19-4338** |
| CITY OF PHILAELPHIA *et al.*, | : | |
| *Defendants* | : | |

| | | |
|---|---|---|
| CARLOS VEGA *et al.*, | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 19-4039** |
| CITY OF PHILAELPHIA *et al.*, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1st day of April, 2021, it is **ORDERED** that the parties' Stipulation to Amend Protective Orders, dated March 30, 2021, is **APPROVED** as to the two cases captioned above and is likewise approved to be applicable in *Gilson et al. v. City of Phila. et al.*, Civil Action No. 20-758. This approval shall not be interpreted or applied to limit access to documents filed in the public dockets of the referenced cases and the Court reserves the jurisdiction to lift the stipulated protective orders in any of these referenced actions on motion or *sua sponte*.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE