IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA and<br>JOSEPH WHITEHEAD,<br>*Plaintiffs*<br>v.<br><br>CITY OF PHILADELPHIA and<br>LAWRENCE KRASNER,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 19-4039<br><br>FILED UNDER SEAL |

## ORDER

AND NOW, this 17th day of September, 2021, upon consideration of the City of Philadelphia and Lawrence Krasner's Motion for Summary Judgment (Doc. No. 34) and exhibits, the City of Philadelphia and Mr. Krasner's Statement of Material Facts (Doc. No. 36), the responses and replies thereto with exhibits (Doc. Nos. 40, 43), and the Court having conducted oral argument on January 19, 2021, it is **ORDERED** that:

1. The Motion for Summary Judgment (Doc. No. 34) is **DENIED**.

2. The parties shall inform the Court by September 24, 2021 whether the Memorandum should be kept under seal in whole or in part, with a short accompanying explanation.

3. The Motion for Leave to File Supplemental Brief in Support of Defendants' Motion for Summary Judgment (Doc. No. 54) and the Response in Opposition with Cross-Motion (Doc. No. 55) are deemed **MOOT**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1