IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA and<br>JOSEPH WHITEHEAD,<br>    *Plaintiffs*<br>    v.<br>CITY OF PHILADELPHIA and<br>LAWRENCE KRASNER,<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 19-4039 |

## ORDER

AND NOW, this 27th day of September, 2021, upon consideration of the parties' communications pursuant to this Court's September 17, 2021 Order (Doc. No. 57), it is **ORDERED** that the Clerk of the Court shall unseal the Order (Doc. No. 57) and Memorandum (Doc. No. 56).

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1