IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS VEGA, et al.** : | **CIVIL ACTION** |
| *Plaintiff(s)* : | |
| : | |
| **v.** : | |
| : | |
| **CITY OF PHILADELPHIA, et al.** : | |
| *Defendant(s)* : | **NO.   19-4039** |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **March 14, 2022** at **3:00 p.m.** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: March 10, 2022**
**Copies sent via ECF notification**