IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA *et al.*, | : | No. 19-4039 |
| *Defendants* | : | |

## ORDER

AND NOW, this 6th day of July, 2022, upon consideration of Defendants' Request for Offer of Proof Regarding Plaintiffs' Anticipated Trial Witnesses (Doc. No. 75) and Plaintiffs' response in opposition (Doc. No. 76), it is **ORDERED** that the parties shall confer pursuant to the Court's policies.[1] This Order does not extend the July 1, 2022 deadline to file motions *in limine* (Doc. No. 68).

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] "If any party desires an 'offer of proof' as to any witness or exhibit expected to be offered, that party shall inquire of opposing counsel prior to the start of trial for such information. If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief prior to trial, or at least no later than as soon as practicable." Judge Gene E.K. Pratter's General Pretrial and Trial Procedures § XI.S, at 31 (Mar. 2022), https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.

1