IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA<br>and<br>JOSEPH WHITEHEAD<br><br>                Plaintiffs,<br><br>v.<br>CITY OF PHILADELPHIA<br>and<br>LAWRENCE KRASNER<br>                Defendants. | : : : : : : : : : : : : : : | CIVIL ACTION<br><br>No. 2:19-cv-04039 |

## STIPULATION TO DISMISS LAWRENCE KRASNER AS A DEFENDANT WITH REGARD TO PLAINTIFF JOSEPH WHITEHEAD'S CLAIMS ONLY

The parties hereby agree to dismiss Defendant Lawrence Krasner from the above-captioned matter, with prejudice and without assessment of fees and costs, with respect to Plaintiff Joseph Whitehead's claims only. This dismissal shall not affect Plaintiff Carlos Vega's claims against Defendant Lawrence Krasner.

/s/ Robert A. Davitch
Robert A. Davitch, Esq.
Sidney L. Gold, Esq.
Traci M. Greenberg, Esq.
Counsel for Plaintiffs

/s/ Lisa Swiatek
Lisa Swiatek, Esq.
Counsel for Defendant
The City of Philadelphia

/s/ David Smith
David Smith, Esq.
Anne Kane, Esq.
Samantha Banks, Esq.
Counsel for Defendant Lawrence Krasner

Date: September 14, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA and JOSEPH WHITEHEAD | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 2:19-cv-04039 |
| v. | : : | |
| CITY OF PHILADELPHIA and LAWRENCE KRASNER | : : : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, the foregoing Stipulation to Dismiss was electronically filed, and is available for viewing and downloading via the Court's ECF system.

/s/ Robert A. Davitch
Robert A. Davitch, Esq.