IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA and JOSEPH WHITEHEAD, JR. | : : : : | CIVIL ACTION NO. 19-4039 |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| v. | : : | |
| CITY OF PHILADELPHIA and LAWRENCE KRASNER | : : : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH REGARD TO PLAINTIFF JOSEPH WHITEHEAD ONLY

AND NOW, this 15th, day of September, 2022, the issues between Plaintiff Joseph Whitehead and Defendant City of Philadelphia having been settled and Plaintiff Joseph Whitehead's claims against Defendant Lawrence Krasner having been voluntarily dismissed with prejudice, it is hereby stipulated and agreed by the parties, through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Fed.R.Civ.P. 41(a)(2) and Local Rule of Civil Procedure 41.1(b), that this action shall be dismissed with prejudice and without costs as to Plaintiff Joseph Whitehead only. It is further stipulated and agreed that the action shall not be dismissed or discontinued as to Plaintiff Carlos Vega, whose claims against both Defendants shall not be affected by this Stipulation.

/s/ Robert A. Davitch
Robert A. Davitch, Esq.
Samantha F. Green, Esq.
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107

Counsel for Plaintiffs

/s/ Sidney L. Gold
Sidney L. Gold, Esq.
Traci M. Greenberg, Esq.
Sidney L. Gold & Associates, P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103

Counsel for Plaintiffs

/s/ Lisa Swiatek
Lisa Swiatek, Esq.
City of Philadelphia Law Department
1515 Arch Street, 16th Floor
Philadelphia, PA 19102

Counsel for Defendant City of Philadelphia

/s/ David Smith
David Smith, Esq.
Anne Kane, Esq.
Samantha Banks, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Counsel for Defendant
Lawrence Krasner

APPROVED BY THE COURT AND SO ORDERED THIS 16th DAY OF SEPTEMBER, 2022.

_____
GENE E.K. PRATTER, U.S.D.C.J.