**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS VEGA** *et al.*, | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** *et al.*, | : | **No. 19-4039** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, on this16th day of September, 2022, upon consideration of Plaintiffs' Motion *in Limine* to Preclude Testimony and Evidence Pertaining to Plaintiff Whitehead's Juvenile Lifer Resentencing Recommendations and Memoranda Not Reviewed or Considered by Defendant Lawrence Krasner Before He Made the Decision to Terminate Plaintiff Whitehead's Employment (Doc. No. 80), the response (Doc. Nos 85) and the Parties' Stipulation of Dismissal, it is hereby **ORDERED** that the Motion (Doc. No. 80) is **DEEMED MOOT**

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1