IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS VEGA | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 2:19-cv-04039 |
| CITY OF PHILADELPHIA AND LAWRENCE KRASNER | : |
| Defendants. | : |

## STIPULATION TO DISMISS LAWRENCE KRASNER

The parties hereby agree to dismiss Defendant Lawrence Krasner from the above-captioned matter with prejudice and without assessment of fees and costs.

_/s/ Robert Davitch_   
Robert Davitch, Esquire  
Sidney Gold, Esquire  
Counsel for Plaintiff

_/s/ Lisa Swiatek_  
Lisa Swiatek, Esquire  
Counsel for Defendant  
The City of Philadelphia

_/s/ David Smith_  
David Smith, Esquire  
Anne Kane, Esquire  
Samantha Banks, Esquire  
Counsel for Defendant Lawrence Krasner

Dated: October 18, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CARLOS VEGA : | |
| and : | |
| JOSEPH WHITEHEAD, : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 2:19-cv-04039 |
| : | |
| CITY OF PHILADELPHIA AND : | |
| LAWRENCE KRASNER : | |
| Defendants. : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, the foregoing Stipulation to Dismiss was electronically filed, and is available for viewing and downloading via the Court's ECF system.

    /s/ Lisa Swiatek
Lisa Swiatek, Esquire