IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA *et al.*, *Defendants* | : : : | No. 19-4039 |

## ORDER

AND NOW, this 18th day of October, 2022, upon consideration of the parties' Stipulation to Dismiss Defendant Lawrence Krasner (Doc. No. 102), it is hereby **ORDERED** that Mr. Krasner is dismissed from this case with prejudice, with each party to bear its own costs.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE