## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS VEGA** | : | **CIVIL ACTION** |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| *Defendant(s)* | : | NO.   19-4039 |

## TRIAL NOTICE

**JURY SELECTION** in the above matter will commence on **NOVEMBER 10, 2022** at **9:30 a.m.** in **COURTROOM 10B** before the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  Trial will begin November 14, 2022 at 9:30 a.m. in Courtroom 10B.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: November 2, 2022**
**Copies sent via ECF notification.**