IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS VEGA,<br>　　　　*Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA,<br>　　　　*Defendant* | : | No. 19-4039 |

**ORDER**

**AND NOW**, this 8th day of November, 2022, upon consideration of Defendants' Motion *in Limine* to Preclude Evidence of Other Employees' Age Discrimination Claims and Settlements of Those Claims (Doc. No. 114-1), it is hereby **ORDERED** that the motion (Doc. No. 114-1) is **DEEMED MOOT**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1